IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JACK BROCKSMITH,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF ILLINOIS et al.,<br><br>                Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br>Case No. 2:17-CV-251-DB<br><br>District Judge Dee Benson |

In an Order dated May 29, 2018, (Doc. No. 10), the Court required Plaintiff to within thirty days file an amended complaint curing the deficiencies in his complaint, (Doc. No. 3). To date, Plaintiff has not complied. He instead submitted a letter nearly two months ago--on June 4, 2018--that vaguely stated that he was hoping to get an attorney to help him. The Court has not heard from him since.

IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the Court's order and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This action is CLOSED.

Dated this 27th day of July, 2018.

                                                BY THE COURT:

                                                _____<br>
                                                JUDGE DEE BENSON<br>
                                                United States District Court